FILED'10 MAY 27 14:25USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **10-cr-111-BR** |
| **v.** | |
| **JOSE MENDEZ-MATA,** | **JUDICIAL ORDER OF REMOVAL** |
| | **OF ALIEN DEFENDANT** |
| **Defendant.** | |
| | **A No. A97 759 587** |

Defendant and the United States have jointly requested and stipulated to entry of a judicial order of removal, pursuant to Title 8, United States Code, Section 1228(c)(5).

Pursuant to that stipulation and request, the Court finds the following:

1.    Defendant knowingly, voluntarily, and intelligently waives the right to notice and a hearing prior to removal from the United States.

2.    The Court should enter a judicial order that defendant be removed from the United States.

3.    The facts in support of this request are as follows:

   a.    Defendant is not a citizen or national of the United States;

   b.    Defendant is a native and citizen of Mexico;

c.    Defendant designates Mexico as the country of removal pursuant to 8 U.S.C. § 1231(b)(2)(A)(i);

d.    In or about May 2007, defendant knowingly, voluntarily, and unlawfully entered the United States at or near Calexico, California, by eluding examination and inspection by immigration officers;

e.    Defendant is knowingly, voluntarily, and intelligently entering into this stipulation as a condition of his plea agreement with the United States, pursuant to which he has agreed to plead guilty to unlawfully entering the United States by eluding examination and inspection by immigration officers, in violation of Title 8, United States Code, Section 1325(a);

f.    Defendant has agreed with the United States as a condition of his plea agreement to the entry of a judicial order of removal.

Therefore, IT IS ORDERED pursuant to Title 8, United States Code, Section 1228(c)(5) that defendant be REMOVED from the United States and that promptly upon his release from

///

///

///

///

///

///

///

**Judicial Order of Removal of Alien Defendant**                                    **Page 2**

confinement the United States Bureau of Immigration and Customs Enforcement execute this

ORDER OF REMOVAL according to the applicable laws and regulations of the United States.

Dated this **27** day of May 2010.

_Anna J Brown_

ANNA J. BROWN
United States District Judge


Presented by:

DWIGHT C. HOLTON
United States Attorney

RYAN W. BOUNDS, OSB. No. 00012
Assistant United States Attorney


**Judicial Order of Removal of Alien Defendant**                                    **Page 3**